# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **IN RE THE MATTER OF:** | ) |
| | ) **CHAPTER 13** |
| | ) |
| **Debra Caldwell** | ) **CASE NO. 09-31243** |
|     Debtors. | |

### OBJECTION TO CLAIM NUMBER 1 of National Auto Finance

COME NOW the Debtors, by and through attorney, and hereby file an objection to the claim 1 of National Auto Finance, and as grounds for said Objection will state as follows:

1. On, to wit, the 18th day of May, 2009, the Debtors filed a Chapter 13 petition listing National Auto Finance as a creditor.

2. The creditor, National Auto Finance filed a proof of claim based on a written contract and a security agreement. The claim is based upon a written contract dated October 18, 2005, by which the debtor promised to pay the creditor the sum of $35,350.99 over a period of six years at a rate of 11.95% interest. The first payment was to be made on November 17, 2005.

3. At the time the Debtor filed the bankruptcy case, the debtor should have made 43 payments and the creditor in the proof of claim says the debtor was delinquent $887.38. According to amoritizations schedules the debtor would have owed $17,823.31 plus the arrearage of $887.38 or a total of $18,710.69.

4. The Creditor has knowingly filed a claim that they knew to be false with this Court and the Creditor filed the claim with full knowledge that balance claims are not permitted, under the law.

5. The claim filed by the creditor is for the balance of payments due on the loan and not the

amount of the debt at the time. The debtor owed 28 payments of $690.19, plus the arrearage.

The debtor request that the claim be disallowed or reduced as the result of the false filing.

    WHEREFORE, the premises considered, the Debtors object to the claim of National City Auto Finance and a reduction of the claim.

    DONE this __8th__ day of __March__, 2010.

                                     /s/Richard D. Shinbaum
                                     Richard D. Shinbaum SHI007
                                     Attorney for the Debtor

Of Counsel:

Shinbaum, McLeod and Campbell, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this the 8th day of March, 2010.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

National Auto Finance Company
PO Box 130156
Roseville, MN 55113-0002

                                     /s/ Richard D. Shinbaum
                                     Richard D. Shinbaum
                                     Attorney for the Debtor